Certificate Number: 05781-ID-DE-041243198

Bankruptcy Case Number: 26-00497



05781-ID-DE-041243198

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 23, 2026</u>, at <u>10:00</u> o'clock <u>PM PDT</u>, <u>Spencer Ronneburg</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>District of Idaho</u>.

Date:   <u>July 23, 2026</u>           By:     <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>